# Court of Appeals
# of the State of Georgia

ATLANTA,  October 18, 2013

*The Court of Appeals hereby passes the following order:*

**A14D0067. NATHAN FISHER v. REUBEN M. GREEN.**

Nathan Fisher has filed an application for discretionary appeal with a document entitled "Petition for a Writ of Mandamus." In this petition, he argues that for seven months the Cobb County Superior Court has ignored his properly filed motions to appeal and correct an invalid judgment in spite of numerous requests to have the motions adjudicated. The Supreme Court, however, has exclusive appellate jurisdiction over all cases involving extraordinary remedies, including mandamus. See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (5); *Ladzinske v. Allen*, 280 Ga. 264 (626 SE2d 83) (2006). Accordingly, this application is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,*  10/18/2013
     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*